JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRICK ARMAND BOOKER,<br>　　　　Petitioner,<br>　　v.<br>TIM BUSBY, Warden,<br>　　　　Respondent. | Case No. ED CV 11-0376-MMM (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 19, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE